UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | CV 12-3911-DMG (PJWx) | Date | October 11, 2012 |
|---|---|---|---|
| Title | David Fuhrer Enterprises LLC, et al. v. Add The Flavor LLC, et al. | | |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| V.R. Vallery | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:   IN CHAMBERS--Order To Show Cause**

IT IS HEREBY ORDERED that the parties show cause in writing not later than October 22, 2012, why this action should not be dismissed for failure to establish the existence of diversity jurisdiction. *See* Court's October 4, 2012 Order at 6 [Doc. # 36].

| CV-90 | **CIVIL MINUTES - GENERAL** | Initials of Deputy Clerk VRV |
|---|---|---|